**Order entered April 18. 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01078-CR

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

Appellant's April 4, 2013 motion to supplement the record and to hold the briefing schedule in abeyance is **GRANTED** to the extent we **ORDER** Official Court Reporter Sharon Hazlewood to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the plea hearing in this case.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Sharon Hazlewood.

/s/    LANA MYERS
        JUSTICE